AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Webber, E. Richard | Eastern District of Missouri | 05/03/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Senior | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 1/1/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. District Court
111 S. Tenth St., Suite 8 South
St. Louis, MO 63102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (see VIII) | Eureka Land Company (see VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/03/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Missouri State Judicial Retirement | $62,838.25 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/03/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | David C. Pratt | St. Louis Cardinals Baseball Tickets | $750.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Kirksville | Loan | J |
| 2. | Ford Motor Credit | Lincoln 2009 MKZ | K |
| 3. | State Farm Insurance | Condominium Repair Loan | J |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds | | None | J | T | | | | | |
| 2. Transamerica Life Ins. Co. | A | Dividend | K | T | | | | | |
| 3. State Farm Life Ins. (64) | A | Dividend | J | T | | | | | |
| 4. State Farm Life Ins. (67) | A | Dividend | J | T | | | | | |
| 5. Lincoln Financial Ins. | A | Dividend | J | T | | | | | |
| 6. Savings Acct U.S. Bank | A | Interest | J | T | | | | | |
| 7. American Growth Fund - Class C | A | Dividend | | | Sold | 03/21/12 | J | A | |
| 8. Royal Alliance - Sun America Trust | C | Dividend | K | T | | | | | |
| 9. Federated Inter-Continental Fund C | A | Dividend | | | Sold | 07/24/12 | J | A | |
| 10. Lincoln Financial Group - American Legacy III-1 | A | Dividend | | | Sold | 01/15/12 | J | A | |
| 11. Lincoln Financial Group - American Legacy III-2 | A | Dividend | | | Sold | 01/15/12 | J | A | |
| 12. Franklin Templeton US Gov't Sec. Fund- Class A | B | Dividend | L | T | | | | | |
| 13. 1/2 interest in real estate / Scotland County, Missouri | E | Inheritance | N | W | | | | | |
| 14. Federated Mid Cap Growth Strategies | A | Dividend | | | Sold | 08/06/12 | J | A | |
| 15. American Balanced Fund - Class C | A | Dividend | J | T | | | | | |
| 16. Condominium _____, Camden County MO (See VIII) | C | Rent | M | W | | | | | |
| 17. John Hancock Annuity | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Fund - Euro Pacific Growth Fund Class A | A | Dividend | J | T | | | | | |
| 19. American Fund - Investment Co of America | A | Dividend | | | Sold | 04/09/12 | J | A | |
| 20. Fidelity New Insights Fund Class C | A | Dividend | J | T | | | | | |
| 21. Templeton Global Bond Fund | A | Interest | K | T | | | | | |
| 22. Royal Alliance Roth IRA | D | Dividend | M | T | | | | | |
| 23. Ford Motor Company | A | Dividend | K | T | | | | | |
| 24. Procter and Gamble | A | Dividend | J | T | | | | | |
| 25. Legg Mason | B | Interest | K | T | | | | | |
| 26. Bank of Kirksville CD | A | Interest | K | T | | | | | |
| 27. American Funds - Growth Fund of America #2 | A | Dividend | | | Sold | 04/05/12 | J | A | |
| 28. Bank of Kirksville CDs - 1/2 Interest (grouped) | A | Interest | K | T | | | | | |
| 29. Franklin Missouri Tax Free Inc. | A | Interest | K | T | | | | | |
| 30. Columbia Dividend Opportunity Fund Class Z | A | Dividend | J | T | | | | | |
| 31. Eaton Vance Atlanta Capital SMID Cap Fund #1 | A | Dividend | K | T | | | | | |
| 32. Eaton Vance Atlanta Capital SMID Cap Fund #2 | A | Dividend | J | T | | | | | |
| 33. Eaton Vance Stratagee Income Fund Class 1 | A | Dividend | J | T | | | | | |
| 34. Gabelli Asset Fund Class A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Icon Energy Fund Class S | A | Dividend | J | T | | | | | |
| 36. Perkins Mid Cap Value Fund Class T | A | Dividend | | | Sold | 08/06/12 | J | A | |
| 37. Principal Preferred Securities Fund Class A | A | Dividend | J | T | | | | | |
| 38. Abbott Laboratories | A | Dividend | | | Sold | 11/07/12 | J | A | |
| 39. General Electric (stock) | A | Dividend | | | Sold | 01/08/12 | J | A | |
| 40. Lowes Companies (stock) | A | Dividend | J | T | | | | | |
| 41. Southwest Airlines | A | Dividend | J | T | | | | | |
| 42. Legg Mason ▓ (1/2 interest) | A | Interest | J | T | | | | | |
| 43. Legg Mason ▓ (1/2 interest) | A | Interest | K | T | | | | | |
| 44. Royal Alliance 529 Trust ▓ | A | Dividend | J | T | | | | | |
| 45. Royal Alliance 529 Trust ▓ | A | Dividend | J | T | | | | | |
| 46. John Hancock Life Style Balanced A | A | Dividend | J | T | | | | | |
| 47. Hartford Floating Rate Fund | B | Int./Div. | | | Sold | 08/06/12 | K | C | |
| 48. Applied Materials | A | Dividend | J | T | Buy | 11/05/12 | J | | |
| 49. Cisco Systems | A | Dividend | J | T | Buy | 11/30/12 | J | | |
| 50. General Motors | A | Dividend | J | T | Buy | 11/28/12 | J | | |
| 51. St. Joe | A | Dividend | J | T | Buy | 06/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Western Union | A | Dividend | J | T | Buy | 05/04/12 | J | | |
| 53. Cloud Peak Energy | A | Dividend | J | T | Buy | 06/29/12 | J | | |
| 54. Cloud Peak Energy (same as 54) | A | Dividend | | | Sold | 12/06/12 | J | A | |
| 55. Exelon | A | Dividend | J | T | Buy | 06/06/12 | J | | |
| 56. Exelon (same as 56) | A | Dividend | | | Sold | 09/07/12 | J | A | |
| 57. FMI Large Cap Fund | A | Dividend | J | T | Buy | 08/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Personal Information: Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section I: Partner, Eureka Land Company - Approximately twenty years ago, I and four other men purchased _____ acres of low productive land by each contributing $3000.00. It is used for hunting and farming. The annual income to me is around $500.00. There are no officers. There is a small old barn on the premises. I have no leadership role among the five owners.

Section VII:

Line 16: This property was purchased in March, 2005, for $135,000 and was included on the appropriate report for that year. The property is located in Camden County, Missouri.

Line 32: This was purchased on 06/08/2011 and I failed to list this on my 2011 report.

Lines 46 and 47: Own half interest in Legg Mason Funds _____

Additonal comments from Investments and Trusts Section:

Oppenheimer Global Class C was reported incorrectly on the 2010 report and 2011. The asset was sold on 10/31/2010, Value Code J, Gain Code A.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ E. Richard Webber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544